VAN–051 Final Decree – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Connie Lynn Blalock
6741 Rock Service Station Road
Raleigh, NC 27603

CASE NO.: 08–04083–8–ATS

DATE FILED: June 18, 2008

CHAPTER: 11

Diane Ward Blalock
6741 Rock Service Station Road
Raleigh, NC 27603

FINAL DECREE

The plan of the above named debtor(s) has been substantially consummated as provided in 11 U.S.C. § 1101(2).

IT IS ORDERED that this case is closed.

DATED: July 9, 2009

A. Thomas Small
United States Bankruptcy Judge